1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   SHELTON BENOITE ,                    No.  1:25-cv-00959-KES-SAB (PC)

12              Plaintiff,                ORDER ADOPTNG FINDINGS AND
                                          RECOMMENDATIONS AND DISMISSING
13        v.                              ACTION

14   J. DOERER, et al.,                   Doc. 9

15              Defendants.

16

17        Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to *Bivens*

18   *v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).  This matter was referred to a

19   United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On September 8, 2025, the assigned magistrate judge screened the complaint and found

21   that it failed to state a cognizable claim.  Doc. 6.  Plaintiff was granted leave to file a first

22   amended complaint within thirty days.  *Id.* at 7.  On October 20, 2025, following plaintiff's

23   failure to file an amended complaint or otherwise communicate with the Court, the magistrate

24   judge ordered plaintiff to show cause why the action should not be dismissed.  Doc. 7.  After

25   plaintiff failed to respond to the order to show cause, the magistrate judge issued findings and

26   recommendations to dismiss the action for failure to state a cognizable claim.  Doc. 9.  The

27   findings and recommendations were served on plaintiff and contained notice that any objections

28   thereto were to be filed within fourteen days after service.  *Id.* at 7.  Plaintiff has not filed

                                          1

objections to the findings and recommendations and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on November 13, 2025, Doc. 9, are adopted in full;

2. This action is dismissed due to plaintiff's failure to state a claim; and

3. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:  December 28, 2025

_____
UNITED STATES DISTRICT JUDGE

2